# United States Court of Appeals for the Federal Circuit

———————————

February 27, 2014

**ERRATA**

———————————

Appeal No. 2012-1513, -1514

**CISCO SYSTEMS, INC.**
**v.**
**MICHELLE K. LEE**
**v.**
**TELES AG INFORMATIONSTECHNOLOGIEN**

Decided:  February 21, 2014
Nonprecedential Opinion

———————————

Please make the following changes:

On the caption page, remove

**IN RE TELES AG INFORMATIONSTECHNOLOGIEN AND SIGRAM SCHINDLER BETEILIGUNGSGESELLSCHAFT MBH**

———————————

2012-1297

———————————

Appeal from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences, in Reexamination No. 90/010,017.